| | |
|---|---|
| United States District Court | Southern District of Texas |

United States District Court
Southern District of Texas
**ENTERED**
November 22, 2021
Nathan Ochsner, Clerk

Charles Ray Craddock, §
    Petitioner, §
§
v. § Civil Action H-20-3034
§
Bobby Lumpkin, §
Director, Texas Department §
of Criminal Justice, Correctional §
Institutions Division, §
    Respondent. §

# Order of Adoption

On October 21, 2021, Magistrate Judge Peter Bray recommended that the court grant Bobby Lumpkin's motion for summary judgment and dismiss Craddock's petition for writ of habeas corpus with prejudice as time-barred and for lack of subject matter jurisdiction. (36) Craddock filed objections. (37) The court denies Craddock's objections and adopts the report and recommendation as its memorandum and opinion. The court will issue a separate final judgment.

Signed on November 22, 2021, at Houston, Texas.

Lynn N. Hughes
United States District Judge