United States District Court
Southern District of Texas
**ENTERED**
July 11, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT    SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| Charles Ray Craddock,<br>　　Petitioner,<br><br>v.<br><br>Bobby Lumpkin,<br>Director, Texas Department<br>of Criminal Justice, Correctional<br>Institutions Division,<br>　　Respondent. | Civil Action H-20-3034 |

## Order of Adoption

On June 6, 2022, Magistrate Judge Peter Bray recommended that the court transfer Charles Ray Craddock's "Motion for Rehearing and Stay and Abeyance" to the Fifth Circuit Court of Appeals where Craddock can seek an order authorizing this court to consider the motion. (45) No objections were filed. The court adopts the report and recommendation as its memorandum and opinion. It is ordered that this case be transferred to the United States Court of Appeals for the Fifth Circuit.

Signed on July 8, 2022, at Houston, Texas.

Lynn N. Hughes
United States District Judge